IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DECAPOLIS SYSTEMS, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 2:22-CV-00159-JRG-RSP |
| UT SOUTHWESTERN HEALTH | § | |
| SYSTEMS *and* CHRISTUS HEALTH | § | |
| *Defendants*. | § | |
| | § | |

## ORDER

Defendant Christus Health  previously filed an Opposed Motion for Attorneys' Fees ("Fees Motion") (Dkt. No. 79). Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 94), granting Defendant's Fees Motion. Plaintiff Decapolis Systems LLC  has now filed an Unopposed Motion for Leave to Continue the Deadline to File a Motion for Reconsideration of Memorandum Order ("Extension Motion") (Dkt. No. 95), and a Motion for Reconsideration of Memorandum Order ("Objection")[1] (Dkt. No. 98). Additionally, Defendant has now filed a Response (Dkt. No. 107) to Plaintiff's Objection. Having considered the Extension Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED** such that Plaintiff's Objection is considered timely filed.

After reviewing the briefing on the Fees Motion, Judge Payne's Memorandum Order, and the briefing on Plaintiff's Objection, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objection fails to show that the Memorandum Order was clearly erroneous or contrary to law.

---

[1]The Court construes Plaintiff's Motion for Reconsideration as an "Objection" to the Memorandum Order of the Magistrate Judge filed pursuant to Rule 72(a) of the Federal Rules of Civil Procedure.

The Court therefore **OVERRULES** Plaintiff's Objection (Dkt. No. 98) and **ADOPTS** Judge Payne's Memorandum Order (Dkt. No. 94).

Consequently, it is hereby **ORDERED** that Plaintiff pay Defendant's attorneys' fees in the amount of $643,248.03, together with costs in the amount of $393.25, within thirty (30) days of this Order.

**So ORDERED and SIGNED this 14th day of May, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE